UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TEICH GROH
By: Carol L. Knowlton, Esquire
cknowlton@teichgroh.com
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
(609) 890-6961 - facsimile
Attorneys for Trustee

Order Filed on
**04/30/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Carmen Lawrence Aiello and Madeline Marion Aiello,

          Debtors

Case No.: 11-41413-MBK

Adv. Case No.:   12-02104-MBK

Chapter:   7

Judge: Michael B. Kaplan, U.S.B.J.

Barry W. Frost, Chapter 7 Trustee,

vs.

Carmen Lawrence Aiello and Madeline Marion Aiello

## ORDER VACATING DEFAULT AND DISMISSING ADVERSARY WITHOUT PREJUDICE

       The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 04/30/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Carmen and Madeline Aiello
Case No:   11-41413-MBK
Adv. Case No.:   12-02104-MBK
Caption of Order:   Order Vacating Default and Dismissing Adversary Without Prejudice

_____

       This matter having been brought before the court upon the Debtors' motion to vacate the default entered in this adversary proceeding, and the court having considered the pleadings submitted and the argument of counsel in the within motion and in the Debtors' motion to re-convert to a Chapter 13 Proceeding, and good and sufficient cause appearing for the entry of this order;

       It is ORDERED as follows:

1.     The default entered in this matter be and the same is hereby vacated; and

2.     This adversary be and the same is hereby dismissed without prejudice to be reinstated in the event that the case is re-converted to a Chapter 7 proceeding.

*Approved by Judge Michael Kaplan April  30, 2013*